JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ABDALLAH HOURANY, an individual; RUFKA HOURANY, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:20-cv-00530-RSWL (KKx)<br><br>**ORDER DISMISSAL WITH PREJUDICE** |

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff James Rutherford ("Plaintiff") and Abdallah Hourany and Rufka Hourany ("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: September 23, 2020

s/RONALD S.W. LEW
RONALD S.W. LEW
UNITED STATES DISTRICT JUDGE